U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| David Melamed, M.D., Plaintiff, | FILED: MARCH 26, 2008 |
| v. | 08CV1745   PH |
| John T. Girardi, M.D. and Medical Specialists, Ltd., an IL Corporation, Defendant. | JUDGE HIBBLER |
| | MAGISTRATE JUDGE KEYS |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff, DAVID MELAMED, M.D.

| NAME (Type or print) |
|---|
| S/JOEL A. D'ALBA |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| S/JOEL A. D'ALBA |
| FIRM |
| ASHER, GITTLER, GREENFIELD & D'ALBA, LTD. |
| STREET ADDRESS |
| 200 West Jackson Boulevard, Suite 1900 |
| CITY/STATE/ZIP Chicago, Illinois 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 00571121 | (312) 263-1500 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐