# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                              Case Number:

David Melamed, M.D., Plaintiff,

v.

John T. Girardi, M.D. and Medical Specialists, Ltd., an IL Corporation, Defendant.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff, DAVID MELAMED, M.D.

| NAME (Type or print) |
| --- |
| S/STEPHANIE K. BRINSON |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| --- |
| S/STEPHANIE K. BRINSON |

| FIRM |
| --- |
| ASHER, GITTLER, GREENFIELD & D'ALBA, LTD. |

| STREET ADDRESS |
| --- |
| 200 West Jackson Boulevard, Suite 1900 |

| CITY/STATE/ZIP Chicago, Illinois 60606 |
| --- |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 06285813 | (312) 263-1500 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
| --- | --- | --- |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☒ |

| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? YES ☐ NO ☒ |
| --- |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
| --- |
| RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ |