# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| | |
|---|---|
| In the Matter of<br>DAVID MELAMED, M.D.,<br>　　　　　　　　　　Plaintiff,<br>vs.<br>JOHN T. GIRARDI, M.D. and MEDICAL SPECIALISTS, LTD.,<br>　　　　　　　　　　Defendants. | Case Number:<br>08 CV 1745 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

JOHN T. GIRARDI, M.D. and MEDICAL SPECIALISTS, LTD.

| NAME (Type or print) |
|---|
| James A. Christman |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ James A. Christman |

| FIRM |
|---|
| Wildman, Harrold, Allen & Dixon LLP |

| STREET ADDRESS |
|---|
| 225 West Wacker Drive, Suite 3000 |

| CITY/STATE/ZIP |
|---|
| Chicago, Illinois 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 441333 | (312) 201-2222 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒ | NO ☐ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL ☐　　　APPOINTED COUNSEL ☐ |

American LegalNet, Inc.
www.USCourtForms.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 12, 2008, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Joel D'Alba<br>
Asher, Gittler, Greenfield & D'Alba, Ltd.<br>
200 West Jackson Boulevard<br>
Suite 1900<br>
Chicago, Illinois 60606

                                                /s/ James A. Christman