IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DAVID MELAMED, M.D., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | Case No:   08 CV 1745 |
| | ) | |
| JOHN T. GIRARDI, M.D. and MEDICAL SPECIALISTS, LTD., an Illinois Corporation, | ) ) ) | Judge Hibbler |
| | ) | Magistrate Judge Keys |
| | ) | |
| Defendants. | ) | |

### NOTICE OF MOTION

TO:   Joel D'Alba
Asher, Gittler, Greenfield & D'Alba, Ltd.
200 West Jackson Boulevard
Suite 1900
Chicago, Illinois 60606

PLEASE TAKE NOTICE that on May 15, 2008 at 9:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable William J. Hibbler, or in his absence, before any other Judge who may be sitting in his stead, in Room 1225 of the United States District for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present Defendants' Motion to Dismiss, a copy of which is attached hereto and herewith served.

Dated:  May 12, 2008                                    Respectfully submitted,


                                                        /s/Stacey L. Smiricky
                                                        One of the Attorneys for John T. Girardi, M.D.,
                                                        and Medical Specialists, Ltd.

1

James Christman
christman@wildman.com
Stacey Smiricky
smiricky@wildman.com
Wildman, Harrold, Allen & Dixon LLP
225 West Wacker Drive
Chicago, IL 60606
(312) 201-2000
(312) 201-2555 (fax)

## CERTIFICATE OF SERVICE

    I hereby certify that on May 12, 2008, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Joel D'Alba
Asher, Gittler, Greenfield & D'Alba, Ltd.
200 West Jackson Boulevard
Suite 1900
Chicago, Illinois 60606

                /s/ Stacey L. Smiricky