**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

David Melamed
                      Plaintiff,

v.                                  Case No.: 1:08–cv–01745
                                            Honorable William J. Hibbler

John T. Girardi, et al.
                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, May 15, 2008:

      MINUTE entry before the Honorable William J. Hibbler: Motion hearing held on 5/15/2008 regarding motion to dismiss [10]. Defendants' Motion to dismiss [10] is taken under advisement. Plaintiff to respond by 5/29/2008. Defendants' reply due by 6/9/2008. Ruling by mail. Defendants to answer the remaining counts by 5/29/08. Mailed notice (jdh)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.